KENT v. UPTON, ASSIGNEE.

ERROR to the District Court of Laramie County.

The same questions arise, the same decison was rendered by the court, and for the same reasons, as stated in the preceding case of *McLaughlin* v. *Upton*, assignee.

*W. R. Steele*, for plaintiff in error.

*Johnson & Potter*, for defendant in error.

PECK, J. This is an action brought by Upton, as assignee in the bankruptcy of the Great Western Insurance Co., against Kent to recover an alleged balance with interest on a contract of purchase of the stock of the company : defence was made, trial had, and verdict and judgment were rendered for the assignee, and Kent appeals. The same question of jurisdiction arises, and in the same way in this case, as in the case of Daniel McLaughlin against the same assignee, which last mentioned case has been decided at this term. The opinion in that case applies to this one.

The judgment rendered below is reversed, and the case dismissed with costs to the plaintiff in error in the district court and of the appeal.

BLAIR, J., dissenting.

Judgment reversed.